# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

135117

GENERAL MOTORS CORPORATION,
      Plaintiff-Appellee,

v

ALUMI-BUNK, INC., and ERIC JAIN,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135117
COA: 270430
Wayne CC: 04-422587-CB

On order of the Court, the application for leave to appeal the July 24, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether there is an exception to the economic loss doctrine – which provides that parties to a purely commercial dispute are limited to the remedies of the Uniform Commercial Code, MCL 440.1101 *et seq.*; see *Neibarger v Universal Cooperatives, Inc*, 439 Mich 512, 520, 528 (1992) – for claims of fraud in the inducement, see *Huron Tool & Engineering Co v Precision Consulting Services*, 209 Mich App 365 (1995); and if so, (2) whether the fraud claims in this case are sufficiently distinguishable from the contract claims for purposes of applying the fraudulent inducement exception.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

_____
Clerk

p0423